UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM LYNN STILLWELL | ) | CASE NO: 20-40552 |
| REBECCA FAYE STILLWELL | ) | CHAPTER 13 |
| | ) | |
| <u>DEBTORS</u> | ) | |

## ORDER AMENDING ORDER OF CONFIRMATION

The Debtors having moved to amend their Order of Confirmation to include Regional Acceptance Corporation (claim no. 7) in the amount of $29,971.51 to be paid as a secured claim at 4.25% interest; and the Court being otherwise duly and sufficiently advised:

IT IS HEREBY ORDERED the Debtors' Motion to Amend their Order of Confirmation is SUSTAINED. The Order of Confirmation is amended to include Regional Acceptance Corporation (claim no. 7) in the amount of $29,971.51 to be paid as a secured claim at 4.25% interest.

Prepared By:
Mark Little
Counsel for Debtors
44 Union Street
Madisonville, KY 42431
(270) 821-0110

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: January 4, 2021